**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 JAN 11  P 3:28

CLERK _____
S.C. DIST. OF GA

| | |
|---|---|
| RANDALL BINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 311-019 |
| ) | |
| JOSE MORALES, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 42). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion to for entry of default, as well as his motions for injunctive relief, are **DENIED**. (Doc. nos. 30, 32, 36.) The Clerk of Court is **DIRECTED** to file a Scheduling Notice setting the deadlines in this case.

SO ORDERED this 10th day of January, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE