ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 JUN 22 A 11: 00

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RANDALL BINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 311-019 |
| ) | |
| JOSE MORALES, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 70). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's "Motion for Preliminary Injunction" and motion regarding his demand for a chair and table in his cell are **DENIED**. (Doc. nos. 62-2, 64.)

SO ORDERED this 22nd day of June, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE